# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

LAURA A. G.,[1]

        Plaintiff,

  v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 22-01228 (MJD/ECW)

Clifford Michael Farrell, Manring & Farrel, Edward C. Olson, Reitan Law Office, for Plaintiff, Laura A.G.

Ana H. Voss, Assistant United States Attorney, James D. Sides, Linda H. Green, and Una McGeehan, Social Security Administration, for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated June 20, 2023. No objections have been filed to the Report and Recommendation.

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the instant Order. Accordingly, where the Court refers to Plaintiff by her name, only her first name and last initial are provided.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated June 20, 2023.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated June 20, 2023 **[Doc. 20]**;

2. Plaintiff's Motion for Summary Judgment **[Doc. 13]** is **GRANTED in part and DENIED in part**:

    a. The Motion is **GRANTED** as to Remand to the Commissioner for further proceedings; and

    b. The Motion is **DENIED** as to an immediate payment of Social Security disability benefits;

3. Defendant's Motion for Summary Judgment **[Doc. 16]** is **DENIED**; and

4.  This case is **REMANDED** to the Commissioner pursuant to sentence

    four of 42 U.S.C. § 405(g) for further administrative proceedings

    consistent with the Report and Recommendation **[Doc. 20]**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 17, 2023                          s/Michael J. Davis
                                                 Michael J. Davis
                                                 United States District Court